

# Missouri Court of Appeals
## Southern District

**JUNE 26, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.    Case No.  SD32666

      Re:    STATE OF MISSOURI,
           Plaintiff-Respondent,
           vs.
           WILLIAM W. LARAMORE,
           Defendant-Appellant.